UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 FEB 17 P 3: 53
U.S. DISTRICT COURT
BRIDGEPORT, CONN

JEAN THREATT          :     CRIM  3:02-CR-95 (AHN)

v                     :     CIVIL 3:03-CV-1818 (AHN)

UNITED STATES OF AMERICA :

### ORDER TO SHOW CAUSE

Upon the petition of Jean Threatt, the respondent is hereby ORDERED to show cause as to why the relief prayed for in the Writ of Habeas Corpus should not be granted. The Court further ORDERS that service by the United States Marshal of this Order, together with a copy of the motion be made on respondent's representative, Kevin J. O'Connor, United States Attorney, 141 Church Street, New Haven, Connecticut, on or before March 18, 2005, shall be deemed sufficient. The respondent shall file its response by April 18, 2005. Any reply shall be filed by the petitioner by May 18, 2005.

So ordered.

Dated at Bridgeport, CT this 16th Day of February 2005.

Alan H. Nevas, U.S.D.J.