IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF CONNECTICUT

**FILED**
2005 APR 28 P 3:48
U.S. DISTRICT COURT
BRIDGEPORT, CONN

JEAN THREATT
    Petitioner,

-vs-

CASE NO: 3:02-CR-95 (AHN)

UNITED STATES OF AMERICA
    Respondent

PETITIONER'S REQUEST FOR LEAVE TO RESPOND TO ANY ARGUMENT THE GOVERNMENT MAY SUBMIT IN OPPOSITION TO THE PETITIONER'S MOTION TO VACATE, SET ASIDE, OR CORRECT A SENTENCE PURSUANT TO 28 U.S.C. 2255

    COMES NOW, the Petitioner, Jean Threatt, pro se, and asks this Honorable Court to grant her time in which to file a memorandum to any argument the Government may submit in opposition to this Motion pursuant to 28 U.S.C. 2255. The Petitioner respectfully requests a period of 30 to 60 days in which to reply. The Petitioner would like a chance to argue all contentions brought forth in this motion. Petitioner would also like to incorporate this motion for appointment of counsel in the interest of justice.

    Wherefore, the Petitioner prays that this Honorable Court will grant the Petitioner's request.

Respectfully submitted,

*Jean Threatt*

Date: 4/27/05

Jean Threatt, Petitioner, pro se

## CERTIFICATE OF SERVICE

I, ___Jean Threatt_____, certify under the penalty of perjury pursuant to 28 U.S.C. 1746, that a true and correct copy of the foregoing has been placed in the Federal Correctional Institution mailbox in Danbury, Connecticut on this __27th__ day of __April_____, 2004 in accordance with the prison mailbox rule **Houston v. Lack,** 487 U.S. 266 (1988), this above styled motion is deemed filed upon placement in the prison mail room and mailed to the following:

Assistant U.S. Attorney,
Stephen B. Reynolds
157 Church Street, 23rd Floor
New Haven, CT 06510

So Served,
*Jean Threatt*