---

COURT EXHIBTS

---

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

VS.

JEAN THREATT

Docket No.  3:02CR00095(AHN)
Defendant No.  7

## PRESENTENCE REPORT

| | | | |
|---|---|---|---|
| Prepared for: | The Honorable Alan H. Nevas<br>Senior United States District Judge | Sentencing Date: | March 24, 2003<br>at 9:30 a.m. |
| Prepared by: | Ray Lopez<br>Senior United States Probation Officer | Office Location: | Bridgeport |

Offense: Possession With Intent to Distribute Cocaine Base, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C)

Penalty: 20 years imprisonment, $1,000,000 fine, 3 years supervised release, $100 special assessment

Date of Arrest: 04/12/02      Date Offense Concluded: 04/12/02      Date of Plea: 01/02/03

Custodial Status: In pretrial detention since April 12, 2002

### Identifying Data

Date of Birth: 07/17/58      Age: 44      Sex: Female      Race: Black/non-Hispanic

Citizenship: U.S.A.      Dependents: 0      Education: 10th Grade

FBI No.: 144502CA8      SSN: 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      Other ID No.: CT00417635

U.S. Marshal No.: 14642-014

Legal Address: 126 Bristol Street, Apt. C, New Haven, Connecticut 06511

Detainers: None

Codefendants: Charles Henry Brewer III, Kevin James Cunningham, Everett Craig Thompson, Jose Rafael Luciano, Stacy Bynum, Travis Stevens, Larry Gibbs, Tyrus Garner, Kenneth Bell, Nicole Buonome

Assistant U.S. Attorney
Peter D. Markle
157 Church Street, 23rd Floor
New Haven, Connecticut 06510
(203)821-3700

Defense Counsel
Robert G. Golger (appointed)
One Post Road
P.O. Box 320019
Fairfield, Connecticut 06432
(203)255-9928

Date of First Disclosure: February 14, 2003
Date of Second Disclosure:

Mandatory Minimum [N/A]

EXHIBIT # 1                    COPY 6

* update your research with the most current information
* expand your library with additional resources
* retrieve current, comprehensive history citing references to a case with KeyCite

For more information on using WESTLAW to supplement your research, see the WESTLAW Electronic Research Guide, which follows the Explanation.

## SUBCHAPTER I—CONTROL AND ENFORCEMENT

### PART D—OFFENSES AND PENALTIES

### § 841. Prohibited acts A

(a) Unlawful acts

Except as authorized by this subchapter, it shall be unlawful for any person knowingly or intentionally—

   (1) to manufacture, distribute, or dispense, or possess with intent to manufacture, distribute, or dispense, a controlled substance; or

   (2) to create, distribute, or dispense, or possess with intent to distribute or dispense, a counterfeit substance.

(b) Penalties

Except as otherwise provided in section 859, 860, or 861 of this title, any person who violates subsection (a) of this section shall be sentenced as follows:

   (1)(A) In the case of a violation of subsection (a) of this section involving—

      (i) 1 kilogram or more of a mixture or substance containing a detectable amount of heroin;

      (ii) 5 kilograms or more of a mixture or substance containing a detectable amount of—

         (I) coca leaves, except coca leaves and extracts of coca leaves from which cocaine, ecgonine, and derivatives of ecgonine or their salts have been removed;

         (II) cocaine, its salts, optical and geometric isomers, and salts of isomers;

         (III) ecgonine, its derivatives, their salts, isomers, and salts of isomers; or

6

EXHIBIT - #2

  (IV) any compound, mixture, or preparation which contains any quantity of any of the substances referred to in subclauses (I) through (III);

 (iii) 50 grams or more of a mixture or substance described in clause (ii) which contains cocaine base;

 (iv) 100 grams or more of phencyclidine (PCP) or 1 kilogram or more of a mixture or substance containing a detectable amount of phencyclidine (PCP);

 (v) 10 grams or more of a mixture or substance containing a detectable amount of lysergic acid diethylamide (LSD);

 (vi) 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide or 100 grams or more of a mixture or substance containing a detectable amount of any analogue of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide;

 (vii) 1000 kilograms or more of a mixture or substance containing a detectable amount of marijuana, or 1,000 or more marijuana plants regardless of weight; or

 (viii) 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers;

such person shall be sentenced to a term of imprisonment which may not be less than 10 years or more than life and if death or serious bodily injury results from the use of such substance shall be not less than 20 years or more than life, a fine not to exceed the greater of that authorized in accordance with the provisions of Title 18, or $4,000,000 if the defendant is an individual or $10,000,000 if the defendant is other than an individual, or both. If any person commits such a violation after a prior conviction for a felony drug offense has become final, such person shall be sentenced to a term of imprisonment which may not be less than 20 years and not more than life imprisonment and if death or serious bodily injury results from the use of such substance shall be sentenced to life imprisonment, a fine not to exceed the greater of twice that authorized in accordance with the provisions of Title 18, or $8,000,000 if the defendant is an individual or $20,000,000 if the defendant is other than an individual, or both. If any person commits a violation of this subparagraph or of section 849, 859, 860, or 861 of this title after two or more prior convictions for a felony drug offense have become final, such person shall be sentenced to a mandatory term of life imprisonment without release and fined in accordance with the

7

(viii) 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers or 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers;

such person shall be sentenced to a term of imprisonment which may not be less than 5 years and not more than 40 years and if death or serious bodily injury results from the use of such substance shall be not less than 20 years or more than life, a fine not to exceed the greater of that authorized in accordance with the provisions of Title 18, or $2,000,000 if the defendant is an individual or $5,000,000 if the defendant is other than an individual, or both. If any person commits such a violation after a prior conviction for a felony drug offense has become final, such person shall be sentenced to a term of imprisonment which may not be less than 10 years and not more than life imprisonment and if death or serious bodily injury results from the use of such substance shall be sentenced to life imprisonment, a fine not to exceed the greater of twice that authorized in accordance with the provisions of Title 18, or $4,000,000 if the defendant is an individual or $10,000,000 if the defendant is other than an individual, or both. Any sentence imposed under this subparagraph shall, in the absence of such a prior conviction, include a term of supervised release of at least 4 years in addition to such term of imprisonment and shall, if there was such a prior conviction, include a term of supervised release of at least 8 years in addition to such term of imprisonment. Notwithstanding any other provision of law, the court shall not place on probation or suspend the sentence of any person sentenced under this subparagraph. No person sentenced under this subparagraph shall be eligible for parole during the term of imprisonment imposed therein.

(C) In the case of a controlled substance in schedule I or II, or 1 gram of flunitrazepam, except as provided in subparagraphs (A), (B), and (D), such person shall be sentenced to a term of imprisonment of not more than 20 years and if death or serious bodily injury results from the use of such substance shall be sentenced to a term of imprisonment of not less than twenty years or more than life, a fine not to exceed the greater of that authorized in accordance with the provisions of Title 18, or $1,000,000 if the defendant is an individual or $5,000,000 if the defendant is other than an individual, or both. If any person commits such a violation after a prior conviction for a felony drug offense has become final, such person shall be sentenced to a term of imprisonment of not more than 30 years and if death or serious bodily injury results from the use of such substance

9

AO 243 (Rev. 5/85)

# MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

United States District Court  FOR THE  District OF CONNECTICUT

Name of Movant  JEAN THREATT          Prisoner No. 14642-014   Case No. 3:02CR00095

UNITED STATES OF AMERICA   v.   JEAN THREATT

(name under which convicted)

## MOTION

1. Name and location of court which entered the judgement of conviction under attack: UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

2. Date of judgement of conviction  MARCH 24, 2003

3. Length of sentence  120 MONTHS

4. Name of offense involved (all counts)  POSSESSION WITH INTENT TO DISTRIBUTE COCAINE BASE, IN VIOLATION OF 21 U.S.C. § 841(a)(1), (b)(1)(C)

5. What was your plea? (Check one)

   (a) Not guilty
   (b) Guilty                X
   (c) Nolo contendere

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

   N/A

6. If you pleaded not guilty, what kind of trial did you have? (Check one)

   (a) Jury
   (b) Judge only                N/A

7. Did you testify at the trial?

   Yes ☐   No ☒

8. Did you appeal from the judgment of conviction?

   Yes ☐   No ☒

EXHIBIT #3

Jean Threatt #14642-014
Federal Correctional Institution
Rt. 37, (pembroke station)
Danbury, CT  06811

June 22, 2005

The Honorable Alan B. Nevas
United States District Judge
U.S. Courthouse
915 Lafayette Boulevard
Bridgeport, CT  06604

To the Honorable Judge Nevas,
Enclosed I have included numerous Certificates of improvements of myself. As you can see I have really tried to improve on my past drug addiction, which was my downfall. In the last three years, I have put forth my best effort to rehabilitate myself, by taking the (500) hours Drug Education Class, and also the (40) hours Non-Residential Drug Abuse Program. I am continuing my education, and working towards my GED diploma. I have also received Certification of Specialized skills of on-the-job training.
Your Honor, would you please take all these things I have talked about into consideration.
Thank you, very much for your attention.

Respectfully yours,

*Jean Threatt*
Jean Threatt

```
DANTA    540*23  *              SENTENCE MONITORING              *    04-14-2005
PAGE 001          *              COMPUTATION DATA                *    10:47:48
                                 AS OF 04-14-2005

REGNO..: 14642-014 NAME: THREATT, JEAN


FBI NO............: 144502CA8           DATE OF BIRTH: 07-17-1958
ARS1..............: DAN/A-DES
UNIT..............: W                   QUARTERS.....: A02-032L
DETAINERS.........: NO                  NOTIFICATIONS: NO

PRE-RELEASE PREPARATION DATE: 07-24-2010

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  01-24-2011 VIA GCT REL

------------------------CURRENT JUDGMENT/WARRANT NO: 010 ---------------------
COURT OF JURISDICTION............: CONNECTICUT
DOCKET NUMBER....................: 3:02CR95 (AHN)
JUDGE............................: NEVAS
DATE SENTENCED/PROBATION IMPOSED: 03-31-2003
DATE COMMITTED...................: 04-09-2003
HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED................: NO

                 FELONY ASSESS    MISDMNR ASSESS    FINES           COSTS
NON-COMMITTED.:  $100.00          $00.00            $00.00          $00.00

RESTITUTION...:  PROPERTY:  NO   SERVICES:  NO       AMOUNT: $00.00

---------------------------CURRENT OBLIGATION NO: 010 ------------------------
OFFENSE CODE....:  381
OFF/CHG: 21:841(A)(1); POSSESSION WITH INTENT TO DISTRIBUTE COCAINE
         BASE.

SENTENCE PROCEDURE...............: 3559 PLRA SENTENCE
SENTENCE IMPOSED/TIME TO SERVE.:   121 MONTHS
TERM OF SUPERVISION..............: 3 YEARS
DATE OF OFFENSE..................: 04-12-2002




G0002      MORE PAGES TO FOLLOW . . .
```

EXHIBIT

```
    DANTA               *       INMATE EDUCATION DATA       *   04-14-2005
PAGE 001 OF 001  *                 TRANSCRIPT               *   10:48:48

REGISTER NO: 14642-014      NAME..: THREATT                  FUNC: PRT
FORMAT.....: TRANSCRIPT     RSP OF: DAN-DANBURY FCI

-------------------------------- EDUCATION INFORMATION --------------------------------
FACL ASSIGNMENT DESCRIPTION                        START DATE/TIME STOP DATE/TIME
DAN  ESL HAS    ENGLISH PROFICIENT                 04-24-2003 2003 CURRENT
DAN  GED EP     ENROLL GED PROMOTE W/CAUSE         08-27-2004 1126 CURRENT
DAN  GED SAT    GED PROGRESS SATISFACTORY          01-14-2004 1539 CURRENT

-------------------------------- EDUCATION COURSES ----------------------------------
SUB-FACL  DESCRIPTION                      START DATE  STOP DATE  EVNT AC LV  HRS
DAN F     SECONDARY LIT(ENG)12:15-2:15     11-15-2004  CURRENT
DAN F     PRIMARY LIT.(ENG)12:15-2:15      08-02-2004  11-15-2004  C   C  P    0
DAN F     ACE-BASIC ENGLISH CLASS          05-14-2004  08-13-2004  P   C  P   24
DAN F     PRIMARY LITERACY(ENG)7:30-9:30   06-23-2003  08-02-2004  C   W  V    0
DAN F     LINE DANCING CLASS               10-11-2003  11-30-2003  P   W  V    6
DAN F     REACH 1 TEACH 1 AIDS AWARENESS   06-12-2003  07-17-2003  P   C  P   12

-------------------------------- HIGH TEST SCORES -----------------------------------
TEST            SUBTEST         SCORE    TEST DATE     TEST FACL   FORM    STATE
ABLE            LANGUAGE        3.7      06-13-2003    DAN
                NUMBER OPR      8.7      12-11-2003    DAN
                PROB SOLV       7.7      06-13-2003    DAN
                READ COMP       13.0     06-13-2003    DAN
                SPELLING        6.8      06-13-2003    DAN
                VOCABULARY      7.5      06-13-2003    DAN




G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

# CERTIFEICATE

This is to certify that in the month of October, 2004

## Jean Threat

Successfully completed the Danbury Worker Proficiency Course
Based on J-STD-001B and has demonstrated
A thorough understanding of the subject







Jans Tamayo, Instructor

Bily Bondy, SOI

NO. 0269



Certificate of Participation

awarded to: Jean Threatt

For successfully completing the National Psychology Services Survey of Offender Needs

Date: May 21, 2003

Signed: Dr. [signature], Staff Psychologist

# Certificate of Completion

Presented to

## Jean Threatt

For completion of the Drug Education Class
Federal Correctional Institution,
Danbury, Connecticut, on October 2, 2003

_____
Kenneth D. Sekulic, Psy.D.
Drug Treatment Specialist

_____
Michele D. Walsher, Psy.D
Drug Abuse Program Coordinator



# Certificate of Completion

Presented to

## JEAN THREATT

For completion of the Non-Residential Drug Abuse Program at the Federal Correctional Institution, Danbury, Connecticut, on December 8, 2004

Michele D. Walsher, Psy. D
Drug Abuse Program Coordinator

Tiffany Olivi, M.S., CRC
Drug Treatment Specialist