DECEMBER 26, 2007

FILED  RECEIVED
DEC 26 2007
2008 JAN -7 P 4: 54
U.S. DISTRICT COURT


3:02cr-95(AHN)
Motion

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
915 LAFAYETTE BLVD.
BRIDGEPORT, CT 06604

DEAR CLERK OF COURT:

Thank you for responding to my letter concerning the status of my 2255 that I filed. However, I never received any type of denial concerning my 2255; your letter that I received this month, December 2007 is the first I knew of my 2255 being denied.

I would like to request a extention to file an appeal concerning the denial of my 2255; being I never received any paperwork stating that my 2255 had been denied. I never was able to file an appeal; because I did not know it had been denied.

I thank you and the courts for your time concerning this matter.

Sincerely,

Jean Threatt

Jean Threatt
#14642-014
FCI DANBURY