FILED

2008 JAN 23 A 11: 38

JEAN THREATT
Petitioner

APPLICATION FOR APPOINTMENT
OF COUNSEL pursuant to
18 U.S.C. § 3006
(habeas corpus petition)

UNITED STATES DISTRICT COURT
Respondent

CRIM.NO. 3:02CR95 (AHN)
DOCKET NO:

1. Name of applicant   JEAN THREATT

2. Explain why you feel you need a lawyer in this case. A NEW RETROACTIVE LAW HAS PASSED AND I NEED AN ATTORNEY TO REPRESENT ME BECAUSE MY PRIOR ATTORNEY DOESNT REPRESENT ME ANYMORE.

3. Explain what steps you have taken to obtain an attorney and with what results. I HAVE WROTE THE COURTS REQUESTING TO BE ASSIGNED AN ATTORNEY FROM THE PUBLIC DEFENDERS OFFICE. waiting for reply.

4. If you need a lawyer who speaks in a language other than English, state what language you speak: _____

I declare under the penalties of perjury that my answers to foregoing questions are true to the best of my knowledge.

I understand that if I am assigned a lawyer and my lawyer learns, either from myself or elsewhere, that I can afford a lawyer, the lawyer may give this information to the court.

I understand that if my answers on my application to proceed in Forma Pauperis are false, my case can be dismissed.

Jean Threatt
Signature

JANUARY 20, 2008
Date