JANUARY 20, 2008

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
915 LAFAYETTE BLVD.
BRIDGEPORT, CT 06604

Dear Clerk of Court:

I am writing regarding the new retroactive crack law that was passed December 2007, and goes in affect March 2008. I meet the criteria to receive a reduction of time and if given the reduction, I would obtain immediate release.

However, I do not have my attorney Mr. Robert G. Golger to assist me in filing the appropriate motions; that need to be filed so that I can receive a reduction of time. I would like to been assigned another attorney from the Federal Public Defenders Office; I would greatfully appreciate if the courts would appoint me counsel concerning this and also, please send me the phone number and address to the Federal Public Defenders Office.

At sentencing, held on March 31, 2003, the court adopted the pre-sentence report, which stated that I regularly purchased and redistributed crack cocaine and found that, based on my past criminal history category of IV and offense level of 32, I had a sentencing guideline range of 151-188 months. However, because the court determined that the sentencing Guidelines overstated the seriousness of my criminal history, the court granted me a downward departure and sentenced me to 121 months imprisonment and 3 years supervised release.

If given the reduction under the new retroactive crack law and due to the time I have already served on my sentence since sentencing I could be immediately released if I can have a attorney assigned to file my motions, and I am requesting the courts to assign me another attorney to represent me in filing the motions needed to receive the reduction.

I want to thank you for your time concerning this matter.

Sincerely, Jean Threatt

Jean Threatt
#14642-014
FCI Danbury
33½ Pembroke Station
Danbury, CT 06811