FEBRUARY 2, 2008


UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
915 LAFAYETTE BLVD.
BRIDGEPORT, CT 06604


Dear Clerk of Court:

I am writing regarding a letter I wrote the Clerk of Court ON January 20, 2008 pertaining to the new retroactive crack law, where I stated I didn't have my attorney Mr. Robert G. Golger to assist me to file the motions needed to gain my immediate release if granted the time reduction.

This week I received a short reply from Mr. Robert G. Golger saying that he would look into the motions that needed to be filed, and he didn't state if he would file the motions or not. I would like to ask the Clerk of Court to check to see if any motions have been filed on my behalf by Mr. Golger? And if so, which motions were filed? And if not, I need to know if Mr. Golger is still my attorney to file these motions being he represented me on my original sentencing, and this new retroactive crack law concerns my original sentencing if give the reducion. If given the reduction, I will gain immediate release, I have already done 6 years of $8\frac{1}{2}$.

Thank you for your time concerning this matter, and I look forward to hearing from your office concerning this matter.

Please send me the Public Defenders Address so that I can contact them.

Sincerely, Jean Threatt


Jean Threatt #14642-014
Federal Correctional Institution
$33\frac{1}{2}$ Pembroke Station
Danbury, CT 06811