2008 FEB 12 P 2: 05

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| | : CASE NO: 3:02CR00095(AHN) |
| V. | : |
| | : |
| JEAN THREATT | : FEBRUARY 8, 2008 |

**MOTION FOR MODIFICATION OF SENTENCE PURSUANT TO**
**18 §3582(C)(2) AND 1B1.10 OF THE SENTENCING GUIDELINES**

The Defendant, through counsel, respectfully moves for a modification of sentence based on 18 §3582(c)(2) and 1B1.10 of Sentencing Guidelines.

In support of said motion, the Defendant represents the following:

1.   United States Code 18 §3582 (c)(2) states as follows:

   (2)   in the case of a Defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. 994(o), upon motion of the Defendant or the Director of the Bureau of Prisons, or on its own motion, the court may reduce the term of imprisonment, after considering the factors set forth in section 3553(a) to the extent that they are applicable, if such a reduction is consistent with applicable policy statements issued by the Sentencing Commission.

2.  Sec. 1B1.10 of the Sentencing Guidelines states:

(a) Where a defendant is serving a term of imprisonment, and the guideline range applicable to that Defendant has subsequently been lowered as a result of an amendment to the Guidelines Manual listed in subsection (c) below, a reduction in the Defendant's term of imprisonment is authorized under 18 U.S.C. §3582(c)(2).

(b) In determining whether, and to what extent, a reduction in the term of imprisonment is warranted for a Defendant eligible for consideration under 18 U.S.C. §3582(c)(2), the court should consider the term of imprisonment that it would have imposed had the amendment(s) to the guidelines listed in subsection (c) been in effect at the time the Defendant was sentenced, except that in no event may the reduced term of imprisonment be less than the term of imprisonment the Defendant has already served.

3.  That the Defendant is currently incarcerated and serving a sentence.

4.  The Defendant argues that her sentence could be reduced by at least (2) levels due to recent decisions based on the crack/cocaine powder analysis.

For all the foregoing reasons, the Defendant respectfully asks the Court to modify her sentence for the above-mentioned reasons.

THE DEFENDANT,
Jean Threatt

BY: _____
ROBERT G. GOLGER
Fed. Bar No. CT03116
Quatrella & Rizio, LLC
One Post Road
P.O. Box 320019

Fairfield, CT  06432
(203) 255-9928

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage prepaid on this 8th day of February, 2007, to the following:

Original to:

Clerk's Office
United States District Court
915 Lafayette Boulevard
Bridgeport, CT  06604

The Honorable Alan H. Nevas
United States District Court
915 Lafayette Boulevard
Bridgeport, CT  06604

H. Gordon Hall, Esq.
Assistant United States Attorney
United States District Court
157 Church Street, 23rd Floor
New Haven, CT  06510

_____
ROBERT G. GOLGER