UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

APPEARANCE

UNITED STATES OF AMERICA

v.

CASE NUMBER: 3:02CR00095 (AHN)

JEAN THREATT

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: JEAN THREATT

| | |
|---|---|
| 3/27/08 | _(signature)_ |
| Date | Signature |
| CT 03116 | ROBERT G. GOLGER, ESQ. |
| Connecticut Federal Bar Number | Print Clearly or Type Name |
| (203) 255-9928 | ONE POST ROAD |
| Telephone Number | Address |
| (203) 255-6618 | FAIRFIELD, CT 06824 |
| Fax Number | |
| rgolger@qrlaw.com | |
| E-mail address | |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Alina Reynolds, Esq.
Assistant United States Attorney
Office of the United States Attorney
915 Lafayette Boulevard
Bridgeport, CT 06604

_(signature)_
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001