UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2008 MAR 31  P 12:08
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| V. | : | CASE NO.:<br>3:02CR00095(AHN) |
| JEAN THREATT | : | MARCH 27, 2008 |

## MOTION FOR APPOINTMENT OF CJA COUNSEL

The Defendant, JEAN THREATT, through the undersigned counsel Robert G. Golger, hereby respectfully requests that the undersigned be appointed CJA counsel for representation of the Defendant for her resentencing under the new crack cocaine sentencing guidelines.

WHEREFORE, the Defendant respectfully requests appointment as CJA counsel.